PROB 35  
(Rev. 4/81)

**Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date**

# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.   Crim. No. 05-627-001

Steven Mitchell

On June 17, 2005, the above named was placed on supervised release for a period of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Elizabeth Villa*

United States Probation Officer
Elizabeth Villa

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___31st___ day of ___March___, 20_08_.

*Freda J. Wolfson*

United States District Judge